**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **JAMES TOLLEFSON,** | § | |
| **Individually and on behalf of all others** | § | |
| **similarly situated,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **NO.   MO:20-CV-00168 DC** |
| | § | |
| **ANADARKO PETROLEUM** | § | |
| **CORPORATION,** | § | |
| *Defendant.* | § | |

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

It is ORDERED the above-styled and numbered cause is DISMISSED WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(a) and based upon the Plaintiff's Notice of Voluntary Dismissal (Doc. 13) filed September 17, 2020.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 21st day of September, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE